

| Elaine N. Walker<br>Secretary of State | Commonwealth of Kentucky<br>Office of the Secretary of State | Summons Division<br>PO BOX 718<br>FRANKFORT, KY 40602-0718 |
|---|---|---|

December 19, 2011

JOHN GAGE
80 F STREET N.W.
WASHINGTON, DC 20001

FROM:   SUMMONS DIVISION
        SECRETARY OF STATE

RE:     CASE NO: 11-S-00184

COURT:  District Court Clerk
        Hardin County
        100 Public Sq.
        Elizabethtown, KY 42701
        Phone: 270-766-5041 or 270-766-5239

Legal action has been filed against you in the captioned case. As provided under Kentucky law, the legal documents are enclosed.

**Questions regarding this action should be addressed to:**

(1) **Your attorney, or**
(2) **The attorney filing this suit whose name should appear on the last page of the complaint, or**
(3) **The court or administrative agency in which the suit is filed at the clerk's number printed above.**

The Kentucky Secretary of State has NO POWER to make a legal disposition of this case. Your responsive pleadings should be filed with the clerk of the court or agency where the suit is filed and served directly on your opposing party.

No copy of future pleadings need be sent to this office unless you wish us to serve the pleading under a particular statute or rule and pay for said service.

Generated: 12/15/2011

| AOC-S-180  Sum Code: SC<br>Rev. 7-99<br><br>Commonwealth of Kentucky<br>Court of Justice<br>KRS 24A.280 | <br><br>**Small Claims Summons** | Case Number **11-S-00184**<br>Court **DI**<br>County **HARDIN** |
|---|---|---|

*Plantiff*, LEAL, RICHARD   VS. GAGE, JOHN , ET AL, *Defendant*

GAGE, JOHN
80 F STREET N.W.

WASHINGTON DC  20001



The Commonwealth of Kentucky to the above-named defendant:

You are hereby notified a legal action has been filed against you in the HARDIN District Court demanding relief as shown on the document delivered to you with this summons.

You are summoned to appear before the HARDIN District Court on:

| Date | Time | Location |
|---|---|---|
| Tuesday, January 17, 2012 | 10:00 AM | 1D-DISTRICT COURTROOM - FIRST FLOOR |
| HARDIN COUNTY JUSTICE CENTER, 1ST FLOOR 120 E DIXIE AVE ELIZABETHTOWN KY 42701 | | |

Failure to appear on the date indicated may result in a judgment by default against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding such relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this summons.

Circuit/District Clerk, LORETTA CRADY

By _____ _ℒω_ , DC

Date: 12/15/2011

---

**Proof of Service**

[ ] This Summons was served by delivering a true copy and the Complaint (or other initiating document)
   To: _____

[ ] Not Served because _____

Date: _____, 2____.    _____
                            Signature of Arresting Officer

---

STATE OF KY., COUNTY OF HARDIN
CERTIFIES IS A TRUE COPY OF
RECORD IN CASE # _11-S-00184_
THIS _15_ DAY OF _December_, 20_11_
LORETTA CRADY, CLERK
HARDIN CIR/DIST COURT
BY:_____ _ℒω_ D.C.

DI  11-S-00184
LEAL, RICHARD  VS. GAGE, JOHN , ET AL

**COPY ATTEST:**
LORETTA CRADY, HARDIN CIR/DIST CLERK

BY_____ _ℒω_ D.C.

| AOC- 175<br>Rev. 5-11<br>Page 1 of 2<br>Commonwealth of Kentucky<br>Court of Justice  www.courts.ky.gov<br>KRS 24A.260 | **SMALL CLAIMS COMPLAINT** | Case No. **11-S-00184**<br>Court **District Small Claims**<br>County **Hardin** |
|---|---|---|

Assigned Court Date: **January 17, 2012  10:00**

**Plaintiff:** ☐ Company   ☑ Individual (for individual, enter first, middle and last names)
Name: Mr. Richard Leal
Address: 114 Hannah Court
Elizabethtown, KY 42701

**Plaintiff's Attorney (if any):** ☑ Firm   ☐ Individual
Name: Office of the General Counsel ATTN: Mr. Matt Millage
Address: 80 F Street N.W.
Washington DC 20001

**Defendant:** ☑ Company   ☐ Individual (for individual, enter first, middle and last names)
Name: American Federation of Government Employees (Mr. John Gage)   AFGE #2302, Ms. Vicki Loyall
Address: 80 F Street N.W.   1109 Spearhead Division Ave.
Washington DC 20001   Fort Knox, KY 40121

*(Filed stamp: HARDIN CIRCUIT CLERK LORETTA CRADY 2011 DEC 15 A  FILED IN OFF)*

### NOTICE TO EACH DEFENDANT - READ CAREFULLY

You are being sued in Small Claims Court by the Plaintiff shown above. The judge has not made a decision in this case. **You are to appear in court** on the date shown on the attached summons to tell your side of the dispute. **If you fail to appear in court** on the date shown on the attached summons, a court judgment may be taken against you for the money or property demanded in the **Claim** on page 2 of this document. This could lead to garnishment of your paycheck and/or sale of your home or other belongings (unless protected by law) to satisfy the judgment. **If you have questions or need assistance, consult the Small Claims information pamphlet (P-6) or call an attorney.**

### WARNING REGARDING JURY TRIAL
### (KRS 24A.320; 29A.270)

There are no jury trials in Small Claims Court. If the amount in controversy exceeds $250, you may have a jury trial by going into District Civil Court. However, the simplified and informal procedures used in Small Claims Court do not apply in District Civil Court. If you request a jury, you will be required to pay an additional fee.

**To the Plaintiff:** If you want a jury trial, file your claim in District Civil Court instead of Small Claims Court

**To The Defendant:** If you want a jury trial, **you must notify** the court clerk in writing at least seven (7) days before the court date listed on the attached summons to have the case transferred from Small Claims Court to District Civil Court.

STATE OF KENTUCKY COUNTY OF HARDIN
CERTIFIES IS A TRUE COPY OF RECORD IN CASE # **11-S-00184**
THIS **15** DAY OF **December**, 20**11**
LORETTA CRADY, CLERK
HARDIN CIR/DIST COURT
BY: _____ D.C.

| Clerk | Ms. Loretta Crady |
|---|---|
| Address | Hardin County Justice Center |
| | Elizabethtown, KY 42701 |
| Phone No. | (270) 766-5000 |

COPY ATTEST:
LORETTA CRADY, HARDIN CIR/DIST CLERK
BY _____ D.C.

AOC 175
Rev. 5-11
Page 2 of 2

Doc. Code: COM

Plaintiff's Name  Mr. Richard Leal

## CLAIM

**1. Plaintiff claims Defendant:**

AFGE Union #2302 on 3 Nov 11 knowingly misled myself and other applicants on the length of Union membership by not informing us of cancellation procedures and failing to provide a copy of the signed membership application and two copies of the cancellation form at the time of applying. Applications were taken at the HRC Café at Fort Knox, KY away from the main AFGE 2302 office. Failure to brief cancellation procedures as in the contract and provide the forms are in direct violation of the Federal Trade Commission (FTC) Cooling Off Rule.

The Union also paid $100.00 for each new applicant that the Recruiters signed/sponsored – a paid Union Recruiter informed a friend and myself that we could cancel after 6 pay periods (2 weeks in a pay period). AFGE also gave $100.00 to each new applicant. I have no problem, as I stated to Ms. Loyall, in paying back the $100.00 given to me by AFGE under this false.

I informed Ms. Vicki Loyall, President AFGE #2302 Fort Knox, on 7 Nov 11 via email about the misinformation (provided her the name of the Recruiter) and to cancel my Union Membership on 7 Nov 11 (3rd business day). Almost a week later, she stated it was too late. It was only after demanding a copy of my union application did Ms. Loyall provided it on 21 Nov 11 via email. My attorney contacted the AFGE attorney in Washington DC (Mr. Matt Millage) and was told they will not do an Exception to Cancel in my case.

I also hope the AFGE #2302 can justify the high union fee of $20.09 per pay period since the average nationwide is $14.00-$17.00. I informed Ms. Loyall that monies is definitely not being used to update her website that still has upcoming Union Meetings for 2009 - almost 2 years ago!

Request a cancellation/void of my AFGE 2302 membership effective 7 Nov 11 and refund of all monies that have been deducted from my Government Civil Service pay to include reimbursement of leave used to file and attend court. The AFGE has knowingly misled new applicants on cancellation rules and not providing copies of forms required by the FTC. The AFGE should also be held responsible for actions of paid Recruiters which provided false information.

Will have to readjust the actual monies lost from my automatic deductions of my civil service pay by AFGE based on Small Claims Court appearance. Adjustment will occur during our court appearance. Also request immediate cancellation of the Union membership effective 3Nov11 due to false information and deception.

**NOTE TO PLAINTIFF:** Only the Complaint will be served on the Defendant. Attachments **WILL NOT** be served.

2. Plaintiff claims the sum of $ 638.04 from the defendant for damages incurred as a result of the above complaint. (The **jurisdictional authority** of Small Claims Court is **$2,500.00**, exclusive of interest and costs. KRS 24A.230).

3. Plaintiff also claims the following court costs: $81.20
   Court costs will be added to any judgment rendered in favor of plaintiff.

Date: 15 Dec, 2011

Plaintiff's or Attorney's Signature

---

### SMALL CLAIMS AFFIDAVIT

KRS 24A.250(1) reads as follows: *No party shall file more than twenty-five (25) claims in any one (1) calendar year in the Small Claims Division of any District Court in the Commonwealth. Any business engaged in trade or commerce shall be entitled to the maximum number of claims allowed under this section of each established location in the district that has been engaged in trade or commerce for at least six (6) months.* KRS 24A.250(4) exempts claims brought by **city, county or urban-county governments** from the limit on the number of claims that may be filed in a calendar year.

I swear (or affirm) I have not brought more than the maximum number of claims allowed by KRS 24A.250.

Date: 15 Dec, 2011

Affiant's Signature: Richard Leal

Subscribed and sworn to before me by _____ this 15 day of Dec, 2011. My Commission expires: _____

Signature: _____
Title: _____

LORETTA CRADY
HARDIN CIRCUIT COURT
HARDIN COUNTY JUSTICE CENTER
120 EAST DIXIE AVENUE
ELIZABETHTOWN, KY 42701-1975



**Kentucky** UNBRIDLED SPIRIT

SECRETARY OF STATE
P.O. Box 718
Frankfort, Kentucky 40602-0718

RESTRICTED DELIVERY

CERTIFIED MAIL

7192 2677 0010 0143 6569
RETURN RECEIPT (ELECTRONIC)

RETURN RECEIPT REQUESTED
JOHN GAGE
80 F STREET N.W.
WASHINGTON, DC 20001

RESTRICTED DELIVERY

02 1M
0004236758
MAILED FROM ZIPCODE 40601
DEC 20 2011
$00.

20001815Z8 0027

/4/12                                    USPS.com® - Track & Confirm

English        Customer Service    USPS Mobile                                                    Registe



Search USPS.com or Track P

Quick Tools        Ship a Package        Send Mail        Manage Your Mail        Shop        Business S

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 71922677001001436569 | First-Class Mail® | Delivered | December 22, 2011, 1:42 pm | WASHINGTON, DC 20001 | Restricted D Return Rec Electronic |
| | | Arrival at Unit | December 22, 2011, 10:39 am | WASHINGTON, DC 20001 | |
| | | Electronic Shipping Info Received | December 19, 2011 | | |

**Check on Another Item**

What's your label (or receipt) number?

Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.

ttps://tools.usps.com/go/TrackConfirmAction_input?qtc_tLabels1=7192267…                              1/