UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **Richard Leal**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:12-cv-00015-CRS |
| **American Federation of Government Employees (Mr. John Gage),** | ) ) ) ) |
| and | ) ) |
| **AFGE #2302 Vicki Loyall,** | ) ) |
| Defendants. | ) ) |

## AMENDED CERTIFICATE OF SERVICE

Defendants' amend the certificate of service on their Notice of Removal [Doc. 1] to read as follows:

### CERTIFICATE OF SERVICE

I hereby affirm and certify that Defendants NOTICE OF REMOVAL and attached exhibits were filed this 10th day of January, 2012 via the Court's electronic case filing system, and were sent via United States Postal Service, certified mail on this 12th day of January, 2012 to:

Richard Leal
114 Hannah Court
Elizabethtown, Kentucky 42701

/s/ Michele Henry
*Attorney for Defendants*

Respectfully submitted,

/s/ Michele Henry_____

Priddy Cutler Miller & Meade, PLLC
800 Republic Building
429 W. Muhammad Ali Blvd.
Louisville, KY 40202
Phone: (502) 632-5272
Facsimile: (502) 632-5273
Email: henry@pcmmlaw.com

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed via the Court's electronic case filing system, and was sent via United States Postal Service, certified mail on this 12th day of January, 2012 to:

Richard Leal
114 Hannah Court
Elizabethtown, Kentucky 42701

/s/ Michele Henry_____
*Attorney for Defendants*