# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY

CASE NUMBER: 3:12-cv-00015-CRS

FILED
US DISTRICT COURT
WESTERN DISTRICT CLERK
OF KY
12 JAN 23 PM 1:53

Richard Leal  **PLAINTIFF(S)**

v.

American Federation of Government Employees  **DEFENDANT(S)**
(Mr. John Gage) and AFGE #2302 Ms. Vicki Loyall

MOTION FOR An Ex Parte decision by the Court from the Defendants
[state what you want the Court to do]

I, Richard Leal, the ☒ plaintiff / ☐ defendant [check the appropriate box] in the above-named proceeding, respectfully move this Court to issue an order to properly and promptly inform the Plaintiff of any Motions submitted to the Court.
[state what you want the Court to do]

The reason(s) that I am entitled to the relief I seek is the following:

The Defendants/Legal Counsel is not providing the Plaintiff promptly of any Motions submitted to the Court. The enclosed Motion for Enlargement of Time stated the Plaintiff was served notice via Certified Mail on the 12th of January 2012 but the envelope is stamped the 17th of January 2012. I received the Motion on 18th of January 2012. I spoke to the Court Clerk on 17th of January and it was then when I learned that I have until 22nd of January to submit my response to

Page 1 of 3

General Motion Form
For Use By *Pro Se* Litigants
Rev. 10/10

Page 2-Not used. RL

the Court of the Defendant's Motion. 22nd January is on a Sunday. This is the same lack of communication of the Defendants when they also removed this case from the Hardin County Small Claims Court that was set for 17th of January. As of today, 19th January, I have received no correspondence from the Hardin Court or Defendants of that motion to move it.

(You may use additional 8 1/2 x 11 paper if needed)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 19th day of January, 2012

Signed: Richard Leal
[your signature]

Print your name: Richard Leal

[For use if you are a prisoner:]

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on

_____.

Signed: _____
[your signature]

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Ex Parte Decision Motion was served upon
[name of document]

AFGE (Mr. Gage), Ms. Loyal
Ms. Michele Henry     by USPS Mail     at 800 Republic Bldg,
[name of opposing party or counsel]  [mail or hand-delivery]  [address]

429 W. Muhammad Ali Blvd  on  19 January 2012
Louisville, KY 40202                  [date]

Signed: Richard Leal
[your signature]

Richard Leaf
114 Hannah CT.
Elizabethtown, KY 42701



U.S. POSTAGE
PAID
FORT KNOX, KY
40121
JAN 19, 12
AMOUNT
$0.20
00012709-01

40202

1000

Office of the Clerk
United States District Court
106 Gene Snyder U.S. Courthouse
601 W. Broadway
Louisville, KY 40202

12 JAN 23 PM 1:53

FILED JS
U.S. DISTRICT CLERK
WESTERN DISTRICT OF KY