UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| Richard Leal, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:12-cv-00015-CRS |
| ) | |
| American Federation of Government ) | Electronically filed |
| Employees (Mr. John Gage) ) | |
| ) | |
| and ) | |
| ) | |
| AFGE #2302 Vicki Loyall ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 6 (b)

Defendants American Federation of Government Employees, AFL-CIO ("AFGE") and American Federation of Government Employees, AFL-CIO, Local No. 2302 ("Local 2302"), by and through the undersigned counsel, hereby moves for an enlargement of time to answer or otherwise respond to Plaintiff's complaint. Defendants move for an enlargement of time through and including Friday, February 10, 2012, and in support thereof state as follows:

1. Defendants filed the Notice of Removal on Tuesday, January 10, 2012.

2. Defendants must answer or otherwise respond to Plaintiff's complaint by Tuesday, January 17, 2012.

3. Due to the timing of the Plaintiff's complaint and the press of business, Defendants respectfully request an enlargement of time through and including Friday, February 10, 2012, to answer or otherwise respond to Plaintiffs' Counter Response.

4. Defendants received the Plaintiff's complaint on December 22, 2011.

5. The undersigned counsel, Matthew Milledge, was out of town from December 21 through December 26. AFGE was closed between December 26, 2011 and January 2, 2012.

6. The undersigned counsel, Matthew Milledge, has an arbitration hearing scheduled for January 11 in Kansas City, Missouri, a brief due January 20, and a Motion to Dismiss in federal court due February 2.

7. This requested enlargement of time is unlikely to unduly delay the progress of this action or to prejudice any party.

8. Further, the requested enlargement of time will allow Defendants to fully address the issue of preemption raised in the Notice of Removal in its response to Plaintiff's complaint.

WHEREFORE, Defendants respectfully request that the Court grant Defendants AFGE and Local 2302 an enlargement of time through and including Friday, February 10, 2012, to answer or otherwise respond to Plaintiff's complaint.

Respectfully submitted,

/s/ Michele Henry

Priddy Cutler Miller & Meade, PLLC
800 Republic Building
429 W. Muhammad Ali Blvd.
Louisville, KY 40202
Phone: (502) 632-5272
Facsimile: (502) 632-5273
Email: henry@pcmmlaw.com

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed this 12th day of January, 2012 via the Court's electronic case filing system, and was sent via United States Postal Service, certified mail to:

Richard Leal
114 Hannah Court
Elizabethtown, Kentucky 42701

/s/ Michele Henry
*Attorney for Defendants*



Richard Leal
114 Hannah Court
Elizabethtown, KY 42701

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
106 Gene Snyder U.S. Courthouse
601 W. Broadway
Louisville, KY 40202-2249

OFFICIAL BUSINESS