UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **Richard Leal**, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **American Federation of Government** ) <br> **Employees,** *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 3:12-cv-00015 <br> Judge Charles R. Simpson, III <br><br><br> Date: January 25, 2012 |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S JANUARY 19, 2012 MOTION

Defendants, American Federation of Government Employees, AFL-CIO ("AFGE"), American Federation of Government Employees, AFL-CIO, Local No. 2302 ("Local 2302"), John Gage ("Gage"), and Vicki Loyall ("Loyall") hereby respond to Plaintiff Richard Leal's ("Leal") January 19, 2012, motion (Docket #11) with the Court. Defendants state the following:

1. Leal claims that Defendants have not timely served him with Defendants' previous motions and relies on an envelope attached to his motion for support. Specifically, Leal alleges that Defendants did not mail the Motion for Enlargement until January 17, 2012.

2. The envelope does not support his claim, however, because it was sent by the Court, and not the Defendants.

3. Defendants have properly and timely served Leal with every document filed by Defendants in this action.

4. On January 12, 2012, Defendants served Leal, via certified U.S. Mail, with: 1) a copy of Defendants' Notice of Removal, including attached exhibits (Docket #1); 2) a copy of

Defendants' Motion for Matthew Milledge to Appear *Pro Hac Vice* (Docket #5); and 3) a copy of Defendants' Motion for an Enlargement of Time (Docket #6). See Docket #7; Docket #5 at 2; Docket #6 at 3; see also Fed. R. Civ. Proc. 5 (b)(2)(C).

5. Defendants served the above documents by sending them to the address provided by Leal in his complaint: 114 Hannah Court, Elizabethtown, Kentucky, 42701.

6. The United States Postal Service (the "USPS") assigned tracking number 7008 1830 0000 2555 2974 to Defendants' certified envelope containing the documents referenced in paragraph 4.

7. The USPS's computerized tracking system shows that, for tracking number 7008 1830 0000 2555 2974, a notice was left on January 13, 2012 but that Leal has not yet claimed the envelope.

8. A true and accurate copy of the complete tracking notice generated by the USPS is attached to this Response as Exhibit 1.

9. In order to avoid any possible misunderstanding going forward, Defendants will include a copy of the Court's docket as it exists on January 24, 2012 and will resend a copy of each document Defendants have filed in this action, *i.e.*, Docket ## 1, 5, 6, 7, and 9, when it serves Leal with this Response.[1]

10. While Defendants maintain that they have properly and timely served Leal in accordance with this Court's rules, Defendants are willing to serve Leal at a more convenient address, *e.g.*, his work address.

11. To the extent Leal seeks affirmative relief, Defendants submit that for the reasons listed above, Leal is not entitled to relief.

---

[1] Defendants have elected not to include these documents with its Response to avoid a duplicative filing. However, Defendants are willing to do so should the Court deem such action appropriate and necessary.

WHEREFORE, Defendants request that the Court deny Plaintiffs motion.

Respectfully submitted,

/s/ Michele Henry

Priddy Cutler Miller & Meade, PLLC
800 Republic Building
429 W. Muhammad Ali Boulevard
Louisville, Kentucky 40202
Phone: (502) 632-5272
Fax:    (502) 632-5273
Email:  henry@pcmmlaw.com

and

/s/ Matthew Milledge

Staff Counsel, AFGE
80 F St NW
Washington, DC 20001
Phone: (202) 639-6424
Fax:    (202) 639-6441
Email: millem@afge.org

## **CERTIFICATE OF SERVICE**

I certify that the foregoing was filed this 25th day of January, 2012, via the Court's electronic case filing system, and was sent, with a copy of the Court's docket as of January 24, 2012 and a copy of Docket ## 1, 5, 6, 7, and 9 via United States Postal Service, certified mail to:

Richard Leal
114 Hannah Court
Elizabethtown, Kentucky 42701

/s/ Michele Henry
*Attorney for Defendants*