UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **Richard Leal**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:12-cv-00015-CRS |
| ) | |
| **American Federation of Government** ) | Electronically filed |
| **Employees (Mr. John Gage)** ) | |
| ) | |
| and ) | |
| ) | |
| **AFGE #2302 Vicki Loyall** ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Pending before the Court is the Defendants' motion for an enlargement of time to respond to Plaintiff's complaint. The Court, having reviewed the arguments of the parties, hereby GRANTS the motion and ORDERS Defendants to respond to Plaintiff's complaint no later than February 10, 2012.