UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

CASE NUMBER: 3:12-cv-00015-CRS

Richard Leal     PLAINTIFF(S)

v.

American Federation of Government
Employees (Mr. John Gage) and
AFGE #2302 (Ms. Vicki Loyall)     DEFENDANT(S)

FILED
VANESSA L. ARMSTRONG, CLERK
JAN 3 1 2012
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

MOTION FOR Appointment of Counsel
[state what you want the Court to do]

I, Richard Leal, the ☒ plaintiff / ☐ defendant [check the appropriate box] in the above-named proceeding, respectfully move this Court to issue an order for Appointment of Counsel, Pro Bono, for my legal resentation.
[state what you want the Court to do]

The reason(s) that I am entitled to the relief I seek is the following:

I am the sole bread winner in a family of five and can not afford to hire an attorney in this matter. I initially contacted the Defendants to work out this matter to avoid clogging up the Court system. I finally filed a Small Claims Lawsuit in December 2011 and the Defendants were aware. A Small Claims Court allows a citizen to fight for his/her rights without spending alot of monies. This case is only for about $600.00 and voiding a contract. It was the Defendants that,

General Motion Form
For Use By *Pro Se* Litigants
Rev. 10/10

Without informing me to elevate this case to the Federal District Court level. In my opinion, to force me to hire legal counsel which would/may ultimately cost much more than my $600.00 (or so) damages.

I have contacted a couple of attorneys that would charge an extraordinary fees while one did not want to go through the Federal Court procedures.

My family that I support consists of my wife (unemployed/housewife), son (12 years old), and 2 daughters (unemployed and students in college).

I sincerely the Federal Court can appoint counsel for this retired military service member in the pursuit of fair justice in this case. Thank you and respectfully — Nothing Follows — RL

RL

_____

~~_____~~
~~_____~~
~~_____Ru_____~~
~~_____~~
~~_____~~
~~_____~~

(You may use additional 8 1/2 x 11 paper if needed)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 19ᵀᴴ day of January, 2012.

Signed: _____Richard Leal_____
[your signature]

Print your name: Richard Leal

[For use if you are a prisoner:]

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on

_____.

Signed: _____
[your signature]

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above **Appointment of Counsel** was served upon
[name of document]
AFGE (Mr. Gage), AFGE 2302 (Ms. Loyall) and Ms. Michele Henry (Attorney) by USPS mail at 800 Republic Bldg,
[name of opposing party or counsel]   [mail or hand-delivery]   [address]
429 W. Muhammad Ali Blvd
Louisville, KY 40202 on 20 January 2012.
[date]

Signed: _____Richard Leal_____
[your signature]

**Return address:**
Mr. Richard Leal
114 Hannah Court
Elizabethtown, KY 42701

**Postmark:** LOUISVILLE KY 400 / 30 JAN 2012 PM 4 L
USA FIRST-CLASS FOREVER

**Addressee:**
US District Court
Western District of KY – office of the Clerk
106 Gene Snyder Courthouse
601 West Broadway
Louisville, KY 40202-2249

**Filed stamp:**
FILED
VANESSA L. ARMSTRONG, CLERK
JAN 3 1 2012
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY