UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE


RICHARD LEAL                                                               PLAINTIFF

V.                                               CIVIL ACTION NO. 3:12CV-15-CRS

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES et al        DEFENDANT


**ORDER**

At the request of counsel to continue the scheduling conference previously scheduled for March 28, 2012, and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that the scheduling conference has been **rescheduled** to **Monday, April 23, 2012 at 1:30 p.m.,** before Dave Whalin, United States Magistrate Judge.


Date:   February 6, 2012              ENTERED BY ORDER OF THE COURT:
                                      DAVE WHALIN, MAGISTRATE JUDGE
                                      UNITED STATES DISTRICT COURT
                                      VANESSA L. ARMSTRONG, CLERK
                                      BY: /s/ Ashley Powell
                                              **Deputy Clerk**


cc:     Plaintiff, pro se
        Counsel of Record