UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| **Richard Leal**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:12-cv-00015 |
| | ) | Judge Charles R. Simpson, III |
| **American Federation of Government Employees,** *et al.*, | ) | Magistrate Judge Dave Whalin |
| | ) | |
| Defendants. | ) | |
| | ) | Date: March 19, 2012 |

## MOTION TO STAY DISCOVERY AND THE
## APRIL 23, 2012 SCHEDULING CONFERENCE

Defendants, American Federation of Government Employees, AFL-CIO ("AFGE"), American Federation of Government Employees, AFL-CIO, Local No. 2302 ("Local 2302"), John Gage ("Gage"), and Vicki Loyall ("Loyall"), hereby respectfully move the Court to stay discovery and the scheduling conference, including the Federal Rule of Civil Procedure Rule 26 initial disclosures and other requirements established in the Court's Order dated January 19, 2012 (Filing No. 10), set for April 23, 2012 in this matter pending the resolution of Defendants' Motion for Judgment on the Pleadings (Filing No. 16). Defendants' Motion is based on the grounds that the Court does not have subject matter jurisdiction to address Plaintiff's claims, and further that Plaintiff has failed to state a claim upon which relief may be granted. If the Court grants Defendants' motion, the case would be dismissed in its entirety. As such, there is good cause to delay discovery until the motion to dismiss is fully briefed and resolved by the Court. Further, the undersigned counsel, Matthew Milledge, will be serving on the Superior Court of

the District of Columbia's Grand Jury from March 19, 2012 through April 20, 2012 complicating

Defendants ability to meet and confer with Plaintiff and prepare the required discovery plan.

Respectfully submitted,

/s/ Matthew Milledge

Staff Counsel, AFGE
80 F St NW
Washington, DC 20001
Phone: (202) 639-6424
Fax:    (202) 639-6441
Email: millem@afge.org

and

/s/ Michele Henry

Priddy Cutler Miller & Meade, PLLC
800 Republic Building
429 W. Muhammad Ali Boulevard
Louisville, Kentucky 40202
Phone: (502) 632-5272
Fax:    (502) 632-5273
Email:  henry@pcmmlaw.com

## CERTIFICATE OF SERVICE

I certify that the foregoing MOTION TO STAY DISCOVERY AND THE APRIL 23, 2012 SCHEDULING CONFERENCE was filed this 19th day of March, 2012, via the Court's electronic case filing system, and was sent on the 20th day of March, 2012, via United States Postal Service, certified mail to:

Richard Leal
114 Hannah Court
Elizabethtown, Kentucky 42701

/s/ Matthew Milledge
*Attorney for Defendants*