UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **Richard Leal**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:12-cv-00015 |
| ) | Judge Charles R. Simpson, III |
| **American Federation of Government** ) | Magistrate Judge Dave Whalin |
| **Employees**, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | Date: March 29, 2012 |

## NOTICE OF CONSENT TO DEFENDANTS' MOTION TO STAY DISCOVERY

The purpose of this notice is to alert the Court that the parties have conferred and jointly agree that discovery and the April 23, 2012 scheduling conference should be stayed while the Court considers Defendants' Motion for Judgment on the Pleadings (Filing No. 16). Specifically, the Plaintiff has informed the undersigned that he does not oppose Defendants' Motion to Stay (Filing No. 17).

Respectfully submitted,

/s/ Matthew Milledge

Staff Counsel, AFGE
80 F St NW
Washington, DC 20001
Phone: (202) 639-6424
Fax:    (202) 639-6441
Email: millem@afge.org

## CERTIFICATE OF SERVICE

I certify that the foregoing NOTICE OF CONSENT TO DEFENDANTS' MOTION TO STAY DISCOVERY was filed this 29th day of March, 2012, via the Court's electronic case filing system, and was sent on the 29th day of March, 2012, via United States Postal Service, certified mail to:

Richard Leal
114 Hannah Court
Elizabethtown, Kentucky 42701

/s/ Matthew Milledge
*Attorney for Defendants*