**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE**

**RICHARD LEAL**                                                                    **PLAINTIFF**

vs                                                       **CIVIL ACTION NO. 3:12CV-15-S**

**AMERICAN FEDERATION OF GOVERNMENT
EMPLOYEES, ET AL**                                           **DEFENDANTS**

**ORDER**

Pending before the Court is Defendants' motion for judgment on the pleadings (DN# 16). No response has been received from the Plaintiff. The Court, being fully advised, hereby **GRANTS** the motion and orders that Plaintiff's action against the Defendants is **DISMISSED WITH PREJUDICE**.

May 31, 2012

                                                    **Charles R. Simpson III, Judge
United States District Court**

cc:     Plaintiff, *pro se*
        Counsel of Record